IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BROOKS JANSEN                                                                                          PLAINTIFF

v.                                                  No. 4:13CV00606 JLH

MICHAEL WEKERLE                                                                                 DEFENDANT

## ORDER

The parties have filed a joint motion to dismiss this action with prejudice. That motion is GRANTED. Document #83. This action is hereby dismissed with prejudice. All pending motions are denied as moot.

IT IS SO ORDERED this 5th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE